**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1387**

FRANCIS R. WALKER,

              Plaintiff - Appellant,

      v.

MIKE POMPEO, U.S. Secretary of State; DIRECTOR OF PASSPORT SERVICES, DEPT. OF STATE,

              Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:17-cv-00732-CCE-JLW)

Submitted:  July 26, 2018                   Decided:  August 20, 2018

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis R. Walker, Appellant Pro Se.  Steven N. Baker, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis R. Walker appeals the district court's order granting summary to Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Tillerson*, No. 1:17-cv-00732-CCE-JLW (M.D.N.C. Mar. 7, 2018). We deny Walker's request for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*